UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**JUSTIN SPIEHS,** ) Case Number: **23-4121**
)
Plaintiff, )
**vs.** )
)
**ANTHONY LEWIS, et al.,** )
)
Defendants. )
_____ ) Date of Hearing: **3/28/24**

### CIVIL MINUTE SHEET – MOTION HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Kelli Stewart** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **2 hours, 8 minutes** |
| INTERPRETER: | N/A |

**APPEARANCES:**     parties appear:  **IN PERSON**
- Plaintiff's Counsel:          **Linus Baker**
  - Plaintiff Spiehs:          Present
- Defendant's Counsel:          **Gregory Goheen**
  - Defendant Lewis:          Present

**NATURE OF HEARING:**

The parties discuss substituting Unified School District No. 497, Douglas County, Kansas, as a defendant in place of Bob Byers, who is sued only in his official capacity. The Court directs parties to file a joint motion and to submit a proposed agreed order.

The parties discuss the pending motions, in particular, Doc. 4, Motion for Preliminary Injunction filed by Plaintiff.

**After hearing oral arguments, the Court denies motion (Doc. 4) based on reasons given on the record during the hearing.  Written Order to follow.**

The Court will address pending motions to dismiss after the complaint has been amended and a motion to dismiss or responsive pleading for the newly added defendant has been filed..