## In the United States District Court
## for the District of Kansas

_____

Case No. 23-cv-04121-TC-GEB

_____

JUSTIN SPIEHS,

*Plaintiff*

v.

ANTHONY LEWIS, ET AL.,

*Defendants*

_____

## ORDER

Justin Spiehs sued a series of defendants associated with the Lawrence, Kansas School Board, arguing that his First and Fourteenth Amendment rights were violated. Doc. 1. He has since amended his complaint to replace one defendant (Bob Byers) with another (the Lawrence Kansas School District). Doc. 49; Doc. 50. All the defendants have moved to dismiss Spiehs's claims. Doc. 21; Doc. 26; Doc. 28; Doc. 30; Doc. 51. But Byers's motion, Doc. 30, is moot because an amended complaint supersedes a prior complaint. *See Sinclair Wyo. Ref. Co. v. A & B Builders, Ltd.*, 989 F.3d 747, 777 n.17 (10th Cir. 2021) (citation omitted). The remaining motions to dismiss are not moot because they were either filed after the Amended Complaint, Doc. 51, or preserved by agreement of the parties, *see* Doc. 48.

**IT IS THEREFORE ORDERED BY THE COURT THAT** Byers's motion to dismiss, Doc. 30, is DENIED as moot.

It is so ordered.

Date: July 18, 2024

 s/ Toby Crouse
Toby Crouse
United States District Judge

1