IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br>　　　　　　　　　　Plaintiff<br>v.<br>Anthony Lewis, *et al*<br>　　　　　　　　　　Defendants | Case No.  Case No. 5:23-cv-04121-TC-GEB<br><br>PLAINTIFF'S SUPPLEMENTAL AUTHORITY |

**SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

The plaintiff provides the Court notice of supplemental authority pursuant to D. Kan. Rule 7.1(f). It is alleged in the amended complaint (ECF 50) that USD 497 prohibits negative comments and foul language (¶61) and has permanently banned Dr. Spiehs from all USD 497 property. Defendants claim all of their restrictions are both Constitutional and reasonable and that plaintiff has no standing. ECF 21, 26, 28, 30, and 51. In *Vollmecke v. Independence School District v. Independence School District,* Case No. 23-00644, 2023 WL 11200382 (W.D. Mo. Dec. 11, 2023) Judge Phillips enjoined the school district from enforcing a one year ban from school property. Judge Phillips later granted summary judgment to the plaintiff in *Vollmecke v. Independence School District v. Independence School District,* Case No. 23-00644, 2023 WL 4524547 (W.D. Mo. October 11, 2024). Even though the ban expired in January 2024, Plaintiff was "still restricted from participation with ISD Academies because Herl does not believe Plaintiff is a good role model." *Id.* at *4. Judge Phillips granted summary judgment in favor of the plaintiff on Count 1 ("Ban impermissibly restricted speech in a public forum, a First Amendment Violation") and Count 3 ("the Ban, Policy 1431, and Policy C-155-P violate procedural due process by not offering a meaningful opportunity to be heard"). Judge Phillips held the

1

2

Superintendent, Dale Herl was not entitled to qualified immunity on every count. *Id.* at *7-8, *10.

<div style="display: flex;">
<div>

/s/Linus L. Baker
Linus L. Baker, KS 18197
6732 West 185th Terrace
Stilwell, KS  66085-8922
Telephone:  913.486.3913
Fax:            913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiff

</div>
<div>

Certificate of Service
The above was provided notice to all parties entitled to such notice pursuant to the Court's electronic filing system.

/s/Linus L. Baker
Attorney for the plaintiff

</div>
</div>

2